IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DONALD E. RAGSDALE and  PLAINTIFFS
TRACY L. RAGSDALE

v.  NO. 3:11CV00094 JLH

RONNIE BYASSEE d/b/a
BYASSEE TRUCKING COMPANY  DEFENDANT

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, this action is transferred to the Eastern District of Missouri.

IT IS SO ORDERED this 29th day of September, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE